UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
STAMPLEY, LATOYA MONIQUE § Case No. 11-49762
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter ___ on _____.  The case was pending for ___ months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND |  |  |  |  |  |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BANK OF America Attn: Bankruptcy Dept. Po Box 1598 Norfolk VA 23501 | | | | | |
| | 3 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 4 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 5 TNB - Target Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | | | | |
| | 7 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| 000001 | ALLY FINANCIAL INC. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | TOWER FEDERAL CREDIT UNION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-49762 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | STAMPLEY, LATOYA MONIQUE | | | Date Filed (f) or Converted (c): | 12/12/11 (f) |
| | | | | 341(a) Meeting Date: | 01/04/12 |
| For Period Ending: | 12/18/12 | | | Claims Bar Date: | 07/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4021 Hoffman, Plano, Illinois | 168,000.00 | 0.00 | | 0.00 | FA |
| 2. Savings account USA | 700.00 | 0.00 | | 0.00 | FA |
| 3. Savings account-Tower FCU | 500.00 | 0.00 | | 0.00 | FA |
| 4. Checking/savings PNC | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 1,800.00 | 0.00 | | 0.00 | FA |
| 6. Books, compact discs etc | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Earrings, watch etc | 200.00 | 0.00 | | 0.00 | FA |
| 9. 401k | 15,000.00 | 0.00 | | 0.00 | FA |
| 10. 2012 GMC Acadia | 36,000.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Kawaski Ninja | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Mercedes | 7,744.00 | 0.00 | | 5,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $233,044.00 | $0.00 | | $5,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee believes there is small amount of equity in a Merecdes. The Trustee filed his Final Report with the US Trustees office

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-49762 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | STAMPLEY, LATOYA MONIQUE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5510 Money Market Account |
| Taxpayer ID No: | *******4520 | | | |
| For Period Ending: | 12/18/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | 12 | PNC Bank | Partial settlement per court order | 1129-000 | 4,000.00 | | 4,000.00 |
| 02/23/12 | 12 | United Sates Postal Service | Payment of remainder of settlement | 1129-000 | 1,000.00 | | 5,000.00 |
| 10/03/12 | 000101 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.00 | 3,750.00 |
| 10/03/12 | 000102 | Ally Financial Inc. P O Box 130424 Roseville, MN 55113 | Claim 000001, Payment 17.70699% | 7100-000 | | 1,494.08 | 2,255.92 |
| 10/03/12 | 000103 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000002, Payment 17.70717% | 7100-000 | | 443.74 | 1,812.18 |
| 10/03/12 | 000104 | Tower Federal Credit Union PO Box 123 Annapolis Junction, MD 20701 | Claim 000003, Payment 17.70698% | 7100-000 | | 1,309.41 | 502.77 |
| 10/03/12 | 000105 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000004, Payment 17.70710% | 7100-000 | | 502.77 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 5,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******5510 | 5,000.00 | 5,000.00 | 0.00 |
| | 5,000.00 | 5,000.00 | 0.00 |
| Page Subtotals | 5,000.00 | 5,000.00 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-49762 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | STAMPLEY, LATOYA MONIQUE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5510 Money Market Account |
| Taxpayer ID No: | *******4520 | | |
| For Period Ending: | 12/18/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.00b